

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00641-CV

**BROADWAY PERFUMES, L.C.**,
Appellant

v.

**FEDEX NATIONAL, LTL**,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 366,883
Honorable Jason Wolff, Judge Presiding

PER CURIAM

Sitting:      Sandee Bryan Marion, Justice
              Marialyn Barnard, Justice
              Rebeca C. Martinez, Justice

Delivered and Filed:  December 11, 2013

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

The parties have filed a joint motion to dismiss this appeal. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM